UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN M. SANDFREY,

    Petitioner,

  v.                                         Civil Case No. 04-cv-4264-JPG
                                             Criminal Case No. 95-cr-40081-JPG

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner John M. Sandfrey's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner John M. Sandfrey, and that this case is dismissed with prejudice.

**DATED:  December 21, 2006**                 NORBERT JAWORSKI

                                                                         By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**